UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 23-1806
(4:20-cv-01726-JD)

---

XUNHUI CHENG, on behalf of himself and all others similarly situated; KELIN CAI, on behalf of himself and all others similarly situated

PLAINTIFFS-APPELLANTS

V.

DAN LIU; FOUNDERS GROUP INTERNATIONAL, LLC; FOUNDERS NATIONAL GOLF, LLC; FOUNDERS ABERDEEN, LLC; FOUNDERS DEVELOPMENT, LLC; FOUNDERS BRGC, LLC; FOUNDERS GCC, LLC; FOUNDERS GOLF MANAGEMENT, LLC; FOUNDERS IWGC, LLC; FOUNDERS RHGC, LLC; FOUNDERS TRADITION, LLC; FOUNDERS WILD WING, LLC; ATLANTIC DEVELOPMENT COMPANY, LLC; ATLANTIC COAST FUNDING, LLC; WILD WING LAND AND DEVELOPMENT, LLC; OFFSHORE CAPTAIN, LLC; D&C INTERNATIONAL HOLDINGS, LLC; FOUNDERS BLUEWATER, LLC; FOUNDERS EVENTS, LLC;

DEFENDANTS-APPELLEES

**MOTION FOR ORDER ACCEPTING THE JOINT APPENDIX AS FILED**

COME NOW the Appellants, by and through undersigned counsel, and move this Honorable Court for an order accepting the Joint Appendix as filed.

Appellants have been advised by the Clerk's Office at the Court that there is a problem with the Appendix because citelinks does not recognize some of the additions to the Appendix which have letters behind them. As an example, Appellants have cited JA1752L in their brief. The citelinks software will only recognize JA1752; however, the Clerk's Office has advised that the when the link JA1752 is engaged it will take the Court to the first page numbered JA1752, which would be within a page or two of JA1752L. It would be extraordinarily expensive and would require all of the parties, Appellants and Appellees, to file new briefs if the Appendix was corrected. Accordingly, Appellants move the Court to accept the Joint Appendix as filed.

WHEREFORE, Appellants move the Court to accept the Joint Appendix as filed even though citelinks does not recognize some cites which have letters after numbers in the Joint Appendix.

DATED: December 15, 2023 Respectfully submitted,

s/ Gene M. Connell, Jr.
Gene M. Connell, Jr. (Fed Bar No. 236)
The Courtyard, Suite 209
1500 U.S. Highway 17 North
Post Office Drawer 14547
Surfside Beach, SC 29587-4547
(843) 238-5648 (phone)

(843) 238-5050 (facsimile)
gconnell@classactlaw.net

s/ Reese R. Boyd, III
Reese R. Boyd, III (Fed Bar No. 9212)
Davis & Boyd, LLC
Post Office Box 70517
Myrtle Beach, SC 29572
(843) 839-9800 (phone)
(843) 839-9801 (facsimile)
reese@davisboydlaw.com

Anthony Scordo, III
1425 Pompton Ave. #2
Cedar Grove, NJ 07009
(973) 837-1861 (phone)
(973) 837-9650 (facsimile)
anthonyscordo@msn.com

*Counsel for Plaintiffs-Appellants*

## **CERTIFICATE OF COMPLIANCE**

1. This document complies with type-volume limits because, excluding the part of the document exempted by Fed. R. App. 32(f), this document contains 185 words.

2. This document complies with the typeface requirements because: This document has been prepared in a proportional spaced typeface using Microsoft Word in 14 Times New Roman.

Respectfully submitted this 15th day of December, 2023.

s/ Gene M. Connell, Jr.
Gene M. Connell, Jr. (Fed Bar No. 236)
The Courtyard, Suite 209
1500 U.S. Highway 17 North
Post Office Drawer 14547
Surfside Beach, SC 29587-4547
(843) 238-5648 (phone)
(843) 238-5050 (facsimile)
gconnell@classactlaw.net

*Counsel for Plaintiffs-Appellants*

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of December, 2023, the foregoing Motion for Order Accepting the Joint Appendix as Filed was served by electronic mail on the following:

tlydon@mgclaw.com
Thomas E. Lydon, Esq.
McANGUS, GOUDELOCK & COURIE, L.L.C.
P.O. Box 12519, Capitol Station
Columbia, SC 29211-2519

rush.smith@nelsonmullins.com
B. Rush Smith III, Esq.
Nelson Mullins Riley & Scarborough LLP
P. O. Box 11070
Columbia, SC 29211-1070

susan.macdonald@nelsonmullins.com
Susan P. MacDonald, Esq.
Nelson Mullins Riley & Scarborough LLP
P.O. Box 3939
Myrtle Beach, SC 29578-3939

*s/ Gene M. Connell, Jr.*
Gene M. Connell, Jr.